**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 339 EAL 2017
                                      :
              Respondent        :   Petition for Allowance of Appeal from
                                      :   the Order of the Superior Court
                                      :
                 v.                    :
                                      :
                                      :
LOUIS E. ALEXANDER,            :
                                      :
              Petitioner          :

## ORDER

**PER CURIAM**

       **AND NOW**, this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.